IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:00CR224 |
| | ) | |
| | ) | ORDER |
| VINCENT I. ADKINS, | ) | |
| | ) | |
| Defendant. | ) | |

   Defendant Vincent I. Adkins (Adkins) appeared on an Amended Report on Defendant Under Supervision (Filing No. 61) on March 15, 2006. Through counsel, Federal Public Defender David R. Stickman, Adkins waived his right to a probable cause hearing on the violation of supervised release. The government moved for detention, and Adkins declined to present any evidence or request a detention hearing.

   I find from the report that there is probable cause Adkins has violated the terms of his supervised release and should be held to answer for a final dispositional hearing before the Honorable Joseph F. Bataillon, Chief Judge. I find that the defendant has failed to carry his burden to show that there is a condition or a combination of conditions that would reasonably assure the defendant's presence for further proceedings or reasonably assure the safety of the community if he were released upon conditions. **See** 18 U.S.C. § 3143.

   **IT IS ORDERED**:

   1.   A final dispositional hearing will be held before the Honorable Joseph F. Bataillon, Chief Judge, in Courtroom Number 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 2:00 p.m. on March 30, 2006.** Defendant must be present in person.

   2.   Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a correctional facility.

   3.   Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.

   4.   Upon order of a United States court or upon request of an attorney for the government, the person in charge of the corrections facility shall deliver defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

   DATED this 15th day of March, 2006.

                                                            BY THE COURT:

                                                             s/Thomas D. Thalken
                                                            United States Magistrate Judge