FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA

MAY 17 2006

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:00CR224 |
| | ) | |
| Plaintiff, | ) | |
| | ) | O R D E R |
| v. | ) | |
| | ) | |
| VINCENT ADKINS, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER came before the Court on the 15th day of March, 2006, on the Petition for Offender Under Supervision. The Defendant requested an opportunity to participate in treatment. The Court, being fully advised of the premises, finds that the Defendant's Conditions of Supervised Release should be amended. Accordingly,

IT IS THEREFORE ORDERED that the Defendant's Conditions of Supervised Release are amended. The Defendant is ordered released to Williams Prepared Place. He shall continue to reside at such facility and obey all rules of said facility. He shall remain subject to all other conditions of supervised release previously set by the Court, and if he is discharged from the facility for any reason, a warrant for his arrest shall issue and he shall be produced before the Court for a prompt hearing. He shall also, unless otherwise ordered, appear before the Court for the final dispositional hearing previously set by the Court on June 30, 2006, at 9:00 a.m.

Date: 5/17/06

BY THE COURT:

HONORABLE JOSEPH F. BATAILLON
Chief United States District Judge

Approved for Content By:

*/signature/*
_____
Michael P. Norris
Assistant United States Attorney

*/signature/*
_____
Date