IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:00CR224 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER |
| VINCENT I. ADKINS, | ) ) | |
| Defendant. | ) | |

Before the court is defendant's oral motion for release to the NOVA Program made at the June 30, 2006, hearing in this case. Defense counsel informed the court that placement will be ready for defendant beginning Wednesday, July 5, 2006. Accordingly,

IT IS ORDERED:

1. The final disposition hearing is scheduled for **October 6, 2006, at 10:00 a.m.**
2. On **Wednesday, July 5, 2006 at 8:30 a.m.,** the defendant is to be released to NOVA T.C., 3483 Larimore Avenue, Omaha, Nebraska, for inpatient treatment, and is ordered to remain and participate in its program and obey all rules of the program.
3. That the defendant will also abide by all the terms and conditions of his supervised release previously imposed.

DATED this 30th day of June, 2006.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
UNITED STATES DISTRICT JUDGE